Wendy M. Krincek, Esq.
Nevada Bar No. 6417
Hayley J. Cummings, Esq.
Nevada State Bar No. 14858
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone:   702.862.8800
Facsimile:    702.862.8811
wkrincek@littler.com
hcummings@littler.com

Attorneys for Defendant
AMAZON.COM SERVICES, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIA BANUELOS, an individual, | Case No. 2:26-cv-00229-RFB-DJA |
| Plaintiffs, | |
| v. | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| AMAZON.COM SERVICES, LLC, a Delaware limited liability company, | |
| Defendant. | **[FIRST REQUEST]** |

Plaintiff MARIA BANUELOS ("Plaintiff"), by and through her attorneys of record Jemma E. Dunn, Esq., Philip a. Horlacher, Esq., and Michael A. Burnette, Esq., of Greenberg Gross LLP and Defendant AMAZON.COM SERVICES, LLC ("Defendant") by and through its attorneys of record, Wendy M. Krincek, Esq. and Hayley J. Cummings, Esq., of Littler Mendelson, P.C., hereby stipulate to extend the time for Defendant to file a responsive pleading to Plaintiff's First Amended Complaint up to and including ***March 11, 2026***.

This extension is necessary in light of the fact that Defendant's counsel was recently retained to represent Defendant in this matter. The additional time will allow defense counsel to become familiar with the allegations in the Complaint, to investigate the facts of this matter, and to

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

prepare a responsive pleading.

This is the first request from this Court for an extension of time to respond to the First Amended Complaint by Maria Banuelos. This request is made in good faith and not for the purpose of delay.

Dated:  February 23, 2026

GREEBERG GROSS LLP


 /s/ *Michael A. Burnette*_____
Jemma E. Dunn, Esq.
Philip a. Horlacher, Esq.
Michael A. Burnette, Esq.

Attorneys for Plaintiff
MARIA BANUELOS

Dated:  February 23, 2026

LITTLER MENDELSON, P.C.


 /s/ *Wendy Krincek*_____
Wendy Krincek, Esq.
Hayley J. Cummings, Esq.

Attorneys for Defendant
AMAZON.COM SERVICES, LLC.


**IT IS SO ORDERED.**

Dated: ___2/24/2026_____

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

2