Wendy M. Krincek, Esq.
Nevada Bar No. 6417
Hayley J. Cummings, Esq.
Nevada State Bar No. 14858
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.8800
Facsimile: 702.862.8811
wkrincek@littler.com
hcummings@littler.com

Attorneys for Defendant
AMAZON.COM SERVICES, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARIA BANUELOS, an individual,

Plaintiffs,

v.

AMAZON.COM SERVICES, LLC, a Delaware limited liability company,

Defendant.

Case No. 2:26-cv-00229-RFB-DJA

**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE**

Plaintiff MARIA BANUELOS ("Plaintiff") and Defendant AMAZON.COM SERVICES, LLC ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

///

///

///

///

///

///

The parties agree that neither party shall be deemed to be a prevailing party in this action and that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

Dated: September 28, 2026

GREENBERG GROSS LLP

*/s/ Michael A. Burnette, Esq.*
Jemma E. Dunn
Nevada Bar No. 16229
Philip A. Horlacher
Nevada Bar No. 16891
Michael A. Burnette
Nevada Bar No. 16210
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

Attorneys for Plaintiff
MARIA BANUELOS

Dated: September 28, 2026

LITTLER MENDELSON, P.C.

*/s/ Wendy M. Krincek, Esq.*
Wendy M. Krincek, Esq.
Nevada Bar No. 6417
Hayley J. Cummings, Esq.
Nevada State Bar No. 14858
8474 Rozita Lee Avenue, Suite 200
Las Vegas, Nevada 89113.4770

Attorneys for Defendant
AMAZON.COM SERVICES, LLC

IT IS SO ORDERED:



UNITED STATES DISTRICT JUDGE

DATED: October 15, 2026

4910-4276-2696.1 / 114766.1355